UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MACK L. CHARLES, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.* <br><br> Defendants. | No. 15-00121 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney April Denise Seabrook as counsel for Defendants in the above-captioned case.

February 3, 2015

Respectfully submitted,

*/s/ April Denise Seabrook*
April Denise Seabrook, D.C. Bar # 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division – Room E4822
Washington, DC 20530
Phone: (202) 252-2525
Fax: (202) 252-2599
April.Seabrook@usdoj.gov